UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Frank L. Snider, III, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:10-cv-100-SNLJ |
| | ) | |
| City of Cape Girardeau, *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE TO ATTORNEY GENERAL OF CLAIM OF
UNCONSTITUTIONALITY**

To:   Chris Koster
      Attorney General
      PO Box 899
      Jefferson City, Missouri 65102

By Certified Mail No. 7006 3450 0003 5463 2488

Pursuant to Federal Rule of Civil Procedure 5.1, take notice that Plaintiff has filed on July 6, 2010, his complaint in the above-captioned cause and seeks, *inter alia.*, a declaration that Mo. Rev. Stat. § 578.095 is unconstitutional as well as injunctive relief prohibiting enforcement of the statute. This notice is delivered with a copy of the complaint.

Respectfully submitted,

AMERICAN CIVIL LIBERTIES UNION
OF
EASTERN MISSOURI


/s/  Anthony E. Rothert
ANTHONY E. ROTHERT, # 518779
American Civil Liberties Union of Eastern
Missouri
454 Whittier Street
St. Louis, Missouri 63108
(314) 652-3114
FAX: (314) 652-3112


COUNSEL FOR PLAINTIFF