Sec. 22-73. - Definitions.

For the purpose of this article, the following terms, phrases, words, and their derivations shall have the meaning given herein:

\*\*\*

*Garbage* means putrescible animal and vegetable wastes resulting from the handling, preparation and cooking and consumption of food.

\*\*\*

*Litter* means "garbage," "refuse" and "rubbish" and all other waste material which, if thrown or deposited as herein prohibited, tends to create a danger to public health, safety and welfare.

\*\*\*

*Refuse* means all putrescible and nonputrescible solid wastes including garbage, rubbish, ashes, street cleanings, dead animals, abandoned automobiles and solid market and industrial wastes.

\*\*\*

*Rubbish* means nonputrescible solid wastes consisting of both combustible and noncombustible wastes, such as paper, wrappings, cigarettes, cardboard, tin cans, yard clippings, leaves, wood, glass, bedding, crockery and similar materials.

\*\*\*

(Code 1967, § 16A-3)



PLAINTIFF'S EXHIBIT 2-G