Sec. 22-72. - Penalties for violation.

Any person violating any of the provisions of this article shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined an amount not exceeding five hundred dollars ($500.00) or be imprisoned in the city jail for a period not exceeding three (3) months or by both such fine and imprisonment. Each day such violation is committed or permitted to continue shall constitute a separate offense and shall be punishable as such hereunder.

(Code 1967, § 16A-2)



PLAINTIFF'S EXHIBIT 2-H