FRANK LESLEY SNIDER III

Cape Girardeau, MO 63701
White/ Male DOB:
SSN:
SID:
FBI:
OCN:

## WARRANT FOR ARREST

STATE OF MISSOURI          )
                           ) SS. Case No.
COUNTY OF CAPE GIRARDEAU   )

IN THE CIRCUIT COURT OF CAPE GIRARDEAU COUNTY, MISSOURI

THE STATE OF MISSOURI TO ANY PEACE OFFICER IN THE STATE OF MISSOURI:

The court having found probable cause hereby commands you to arrest **FRANK LESLEY SNIDER III**, who is charged with the following:

The Prosecuting Attorney of County Cape Girardeau, State of Missouri, charges that the defendant either acting alone or knowingly in concert with another, in violation of Section 578.095, RSMo, committed the class A misdemeanor of flag desecration, punishable upon conviction under Sections 558.011 and 560.016, RSMo, in that on or about October 20, 2009, in the County of Cape Girardeau, State of Missouri, the defendant purposefully and publicly defaced a national flag of the United States by tearing it and throwing it onto the road.

Defendant is a prior offender under Section 558.016, RSMo, in that he has pleaded guilty to or been found guilty of a felony as follows:

1. On or about December 13, 2004, defendant was convicted of the felony of statutory sodomy in the Circuit Court of Cape Girardeau County, Missouri; and

2. On or about May 9, 2000, defendant pled guilty to the felony of unlawful use of a weapon in the Circuit Court of Cape Girardeau County, Missouri.
Charge Code: 3412510.0

The foregoing is alleged to have been committed within the jurisdiction of this court and in violation of the laws of the State of Missouri, and you are to bring the defendant forthwith before this court to be here dealt with in accordance with law; further finds reasonable grounds to believe that defendant will not appear upon summons or that the

000006

PLAINTIFF'S EXHIBIT
**2-I**

defendant is a danger to the crime victim, the community or any other person; and you, the officer serving this warrant, shall forthwith make return hereof to this court.

WITNESS THE HONORABLE ___Gary A. Kamp___, Judge of the said court and the seal thereof, issued in the county and state aforesaid on this ___23___ day of ___October___, ___2009___.

_____ Judge

BOND SET AT: ___$10000.00 cash only___

## RETURN

Served the within warrant in my County of _____ and in the State of _____ on this _____ day of _____, _____, by arresting the within named defendant and producing defendant before the said court on the _____ day of _____, _____.

**NOTICE:** Upon arrest or for additional information, immediately contact the Cape Girardeau Police Department, 40 S. Sprigg, Cape Girardeau, MO 63703 (573) 335-6621.

**PROSECUTOR:** H. Morley Swingle, Prosecuting Attorney, Courthouse, 100 Court Street, Jackson, MO 63755. (573) 243-2430.

000007