# STATE CHARGE APPLICATION FORM

Agency **CGPD**

Complaint # **09-00858**

Fingerprinted? Yes ___  No **X**   OCN #: ___

**24 - HOUR HOLD**
TIME RUNS AT
DATE ___ TIME ___

Prior Criminal Record **✓** Yes
___ No

At Large **X**   In Custody ___

Defendant **SNIDER, FRANK LESLEY**   Race/Sex **W/M**   DOB ▮▮▮
SID # ▮▮▮   SSN ▮▮▮   OLN ▮▮▮
Home Address ▮▮▮   Home Phone ___
**CAPE GIRARDEAU, MO 63703**

Booking Charges **FLAG DESECRATION**

Location of Offense ▮▮▮   Date of Offense **10-20-2009**

Victim ___   DOB ___   Race/Sex ___
SSN ___   OLN ___
Home Address ___   Home Phone ___
___   Zip Code ___
Employer ___   Work Phone ___
Employer Address ___   Zip Code ___
If the victim is a company:
Contact Person ___   Home Phone ___
Home Address ___

=== Do Not Write Below This Line ===

Warrant Issued **✓**
Summons Issued **✓**
Under Advisement **✓**   **HMS**

Charges Filed: **Flag Desecration**

Court Case No. **0969-CR02054**

Declined to File ___   Officer Working Case: ___
Reason:
Insufficient Evidence ___   Referred to Municipal Court ___
Other ___

Further Information Needed: ___ **000069** ___ **CBA** ___

**10/23/09**
Date

___ Prosecutor

PLAINTIFF'S EXHIBIT 2-J