# RECORD OF ARREST

| Field | Value |
|---|---|
| OFFENSE CYCLE NUMBER | L700772 |
| ARRESTING AGENCY ORI | MO 0160100 |
| REPORT NUMBERS | 09-008858 |
| LAST NAME | SNIDER |
| FIRST NAME | FRANK |
| MIDDLE NAME | LESLEY |
| RACE | W |
| SEX | M |
| AGE | 30 |
| PLACE OF BIRTH | CAPE GIRARDEAU |
| STATE | MO |
| COUNTRY OF CITIZENSHIP | USA |
| MARITAL STATUS | M |
| HEIGHT | 5'11 |
| WEIGHT | 230 |
| BUILD | HVY |
| COMPLEXION | LGT |
| EYES | GRN |
| HAIR | BRO |
| OPERATOR'S LICENSE STATE | MO |
| CITY | CAPE GIRARDEAU |
| STATE | MO |
| ZIP CODE | 63703 |

IN EMERGENCY NOTIFY: SHALANDA SNIDER — CAPE GIRARDEAU

| | |
|---|---|
| TIME ARRESTED | 1045 |
| DATE ARRESTED | 10-23-09 |
| ARRESTING OFFICER | PETERS |
| DSN | 269 |
| ARRESTING DEPARTMENT | Cape Girardeau Police Department |
| TIME BOOKED | 1055 |
| DATE BOOKED | 10-23-09 |
| BOOKED BY | PETERS |

| | CHARGES/FUGITIVE HOLDS | ORDINANCE/STATUTE | REPORT NUMBER | COURT | COURT DATE |
|---|---|---|---|---|---|
| A | BOOKING CHARGE: DESECRATION OF U.S. FLAG | 578.095 | 09-008858 | STATE | |

BONDING INFORMATION: BOND TYPE ☒ CASH  BOND AMOUNT $10,000

WANTED CHECK PRIOR TO RELEASE ☒  DSN 249

HOW RELEASED: 10J County
RELEASED TO: David W— SGT

## PRISONER'S PROPERTY

PRISONER'S PROPERTY WHEN BOOKED: WALLET & CHAIN W/CONTENTS

OC0038

PLAINTIFF'S EXHIBIT 2-K